PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

---

JOSEPH ZUBER, *Appellant,* v. CHAS. E. SILVA, *Appellee.*

Division B.

Decision Filed November 30, 1926.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*H. D. Wentworth,* for Appellant;

*Whitaker Brothers,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that

there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

---

NOAH H. WILSON, *Appellant,* v. SARAH WILSON, *Appellee.*

En Banc.

Decision Filed December 6, 1926.

Petition for Rehearing Denied December 17, 1926.

An Appeal from the Circuit Court for Palm Beach County; C. E. Chillingworth, Judge.

*M. D. Carmichael* and *Ernest Metcalf,* for Appellant.

*L. R. Baker* and *John Ziegler,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree. It is, therefore, considered, ordered and adjudged by the Court that the said decree of the circuit court be and the same is hereby affirmed.